IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AES Solar Energy Coöperatief U.A., and Ampere Equity Fund B.V.,<br><br>*Petitioners*,<br><br>v.<br><br>The Kingdom of Spain,<br><br>*Respondent*. | Civil Action No. _____ |

## Certificate Under Rule LCvR 26.1

I, the undersigned, counsel of record for AES Solar Energy Coöperatief U.A. and Ampere Equity Fund B.V. ("Petitioners"), certify that to the best of my knowledge and belief, no parent company, subsidiary, affiliate, or company which owns at least 10% of the stock of Petitioners has any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

| | |
|---|---|
| Dated: December 10, 2021 | Respectfully submitted,<br><br>/s/ Matthew D. McGill<br>Matthew D. McGill, D.C. Bar #481430<br>mmcgill@gibsondunn.com<br>Matthew S. Rozen, D.C. Bar #1023209<br>mrozen@gibsondunn.com<br>Ankita Ritwik, D.C. Bar #1024801<br>aritwik@gibsondunn.com<br>Luke Zaro, D.C. Bar #1670941<br>lzaro@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036<br>Telephone:  202.955.8500<br>Facsimile:  202.467.0539<br><br>*Attorneys for AES Solar Energy Coöperatief U.A. and Ampere Equity Fund B.V.* |