IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Blasket Renewable Investments LLC,

*Petitioner*,

*v.*

The Kingdom of Spain,

*Respondent.*

**Civil Action No. 1:21-cv-03249-RJL**

### Notice of Missed Deadline

On March 15, 2023, Petitioner Blasket Renewable Investments LLC ("Blasket") filed a Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 40, requesting that this Court preliminarily enjoin Respondent the Kingdom of Spain ("Spain") from (1) seeking an interlocutory decree or any other relief in Dutch proceedings requiring Blasket to suspend, hold in abeyance, or withdraw any proceedings before this Court, or that otherwise interferes with, obstructs, or delays resolution of this proceeding to confirm Blasket's arbitral award against Spain; or (2) pursuing any other foreign litigation that interferes with, obstructs, or delays this Court's resolution of this proceeding. Blasket also sought a temporary restraining order to preserve the status quo until the Court has an opportunity to hear and rule upon Blasket's request for a preliminary injunction. Service was effected the same day through the ECF system, and Blasket separately notified Spain's counsel of the motion by email. ECF No. 40 at 3. Local Civil Rule 65.1(c) provides that any opposition to an application for a preliminary injunction "shall be served and filed within seven days after service of the application." That time expired on March

22, 2023, but Spain has not timely filed an opposition.  Blasket therefore respectfully requests that the Court immediately grant Blasket's requested injunctive relief.

Under Local Civil Rule 7(b), if an opposition to a motion "is not filed within the prescribed time, the Court may treat the motion as conceded."  *See, e.g.*, *Trs. of IAM Nat'l Pension Fund v. M & K Emp. Sols., LLC*, 2021 WL 1546947, at *12 (D.D.C. Apr. 20, 2021) (refusing to "excuse the . . . Defendants from timely responding under . . . Local Rule [65.1(c)]" and granting in part plaintiffs' motion for a preliminary injunction in the absence of an opposition brief); *FTC v. Mallett*, 818 F. Supp. 2d 142, 145-46 (D.D.C. 2011) ("consider[ing]"—and granting—plaintiff's "Motion for a Preliminary Injunction without the benefit of an opposition" after defendant failed to comply with seven-day deadline for opposition); *Hosp. Staffing Sols., LLC v. Reyes*, 736 F. Supp. 2d 192, 196-97 (D.D.C. 2010) (granting in part plaintiff's motion for preliminary injunction after defendant failed to comply with the seven-day deadline to oppose).

As Blasket has explained, immediate injunctive relief is necessary to preserve this Court's jurisdiction and prevent imminent irreparable harm to Blasket from Spain's aggressive and fast-moving pursuit of anti-suit relief in the Dutch courts.  *See* ECF No. 40-1 at 9-13, 32-33.  Spain has not filed an opposition, and there is "no good reason to deviate from the Court's ordinary practic[e]" of treating the application as conceded under such circumstances.  *Trs. of IAM*, 2021 WL 1546947, at *12.  Blasket therefore respectfully requests that the Court immediately grant its unopposed motion for a preliminary injunction.

Dated: March 24, 2023                    Respectfully submitted,


                                         /s/ Matthew McGill
                                         _____

                                         Matthew McGill, D.C. Bar #481430
                                         mmcgill@gibsondunn.com
                                         Matthew S. Rozen, D.C. Bar #1023209
                                         mrozen@gibsondunn.com
                                         Ankita Ritwik, D.C. Bar #1024801
                                         aritwik@gibsondunn.com
                                         GIBSON, DUNN & CRUTCHER LLP
                                         1050 Connecticut Avenue, N.W.
                                         Washington, D.C.  20036
                                         Telephone:  202.955.8500
                                         Facsimile:  202.467.0539

                                         *Attorneys for Petitioner Blasket Renewable
                                         Investments LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, I caused a true and correct copy of the foregoing Notice of Missed Deadline to be filed with the Clerk for the U.S. District Court for the District of Columbia through the ECF system.  Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

/s/ Matthew McGill
Matthew McGill