UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLASKET RENEWABLE                          )
INVESTMENTS, LLC,                          )
                                           )
            Petitioner                     )
                                           )          Civil Case No. 21-3249 (RJL)
    v.                                     )
                                           )
THE KINGDOM OF SPAIN,                      )
                                           )
            Respondent                     )

## ORDER
March 29, 2023 [Dkt. ## 15, 40]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it
is hereby

**ORDERED** that defendant's Motion to Dismiss [Dkt. # 15] is **GRANTED**; it is
further

**ORDERED** that petitioner's Motion for Temporary Restraining Order and
Preliminary Injunction [Dkt. # 40] is **DENIED AS MOOT**; it is further

**ORDERED** that this case be **DISMISSED**.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge